UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

WALDYR PRADO and IGOR CORNELSON,

Defendants.

15-cr-516 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties should confirm that there is no Speedy Trial Act issue in this case. See 18 U.S.C. § 3161(h)(3)(A).

SO ORDERED.

Dated:   New York, New York
         October 28, 2021

John G. Koeltl
United States District Judge